# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| St. Paul Mercury Insurance Company,<br>*Plaintiff(s)*<br>v.<br>Michael S. Hahn, Colin M. Forkner, Michael V. Cummings, Richard W. Grinyer, Stanley M. Cruse, David L. Adams, and the Federal Deposit Insurance Corporation as receiver for Pacific Coast National Bank,<br>*Defendant(s)* | Civil Action No. SACV13-01866 MMM (RZx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron C. Gundzik Esq
Gartenberg Gelfand Hayton & Selden LLP
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11-27-13

CLERK OF COURT

CHRIS SAWYER

*Signature of Clerk or Deputy Clerk*

1149