AARON C. GUNDZIK (Bar No. 132137)
GARTENBERG GELFAND
HAYTON & SELDEN LLP
801 South Figueroa Street, Suite 2170
Los Angeles, CA  90017
Telephone:   (213) 542-2100
Facsimile:    (213) 542-2101
Email:        agundzik@gghslaw.com

Attorneys for Plaintiff ST. PAUL
MERCURY INSURANCE COMPANY

FILED
2013 NOV 27  PM 3: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

ST. PAUL MERCURY INSURANCE COMPANY,

Plaintiff,

vs.

MICHAEL S. HAHN, COLIN M. FORKNER, MICHAEL V. CUMMINGS, RICHARD W. GRINYER, STANLEY M. CRUSE, DAVID L. ADAMS, and the FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for PACIFIC COAST NATIONAL BANK,

Defendants.

Case No. SACV13-01866 MMM (RZx)

Related Case:
Case No. 8:13-cv-00424-AG-RNB

Hon. Andrew J. Guilford

**PLAINTIFF ST. PAUL MERCURY INSURANCE COMPANY'S NOTICE OF RELATED CASES**

Pursuant to Local Rule 83-1.3, Plaintiff St. Paul Mercury Insurance Company ("Travelers"), by and through the undersigned counsel, provides notice of the following related case currently pending in the Central District of California: *St. Paul Mercury Insurance Co. v. Michael S. Hahn et al.*, Case No. 8:13-cv-00424-AG-RNB (the "*Hahn* Action"). As described below, these actions arise from the same transaction, happening or event, call for determination of the same questions

1  of law and fact, and would entail substantial duplication of labor if heard by
2  different judges.
3       On March 12, 2013, Travelers commenced the *Hahn* Action seeking a
4  declaratory judgment that a management liability policy it issued to Pacific Coast
5  National Bank does not afford coverage for an underlying lawsuit captioned *Federal*
6  *Deposit Insurance Corp. v. Michael S. Hahn, et al.*, No. SACV 12-01938 AG
7  (MLGx) (C.D. Cal.). This action seeks the same declaratory relief but additionally
8  asserts that while Travelers is under no obligation to do so, Travelers presented a
9  proof of claim to the FDIC under its 12 U.S.C. § 1821(d) administrative claims
10 process. This action is filed within 60 days of the FDIC's notice of disallowance of
11 Travelers' proof of claim.

13 DATED: November 27, 2013    GARTENBERG GELFAND HAYTON & SELDEN LLP

By: *[signature]*
Aaron C. Gundzik

Attorneys for Plaintiff St. Paul Mercury Insurance Company